```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/6/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYESE MAXWELL,

           Plaintiff,

-against-

BREAKING GROUND HOUSING
DEVELOPMENT FUND CORPORATION,

           Defendant.

23 Civ. 5452 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan filed on September 6, 2023. *See* ECF No. 19. The Court shall not schedule fact discovery for more than 120 days absent unique complexities or other exceptional circumstances. *See id.* ¶ 5. Accordingly, by **September 13, 2023**, the parties shall refile a proposed case management plan.

    SO ORDERED.

Dated: September 6, 2023
       New York, New York

                                      ANALISA TORRES
                                United States District Judge